IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

BRENT NOBBE, et al.,           )
                               )
          Plaintiffs,          )
                               )
     -vs-                      )    No.  09-CV-3147
                               )
GENERAL MOTORS                 )
CORPORATION,                   )
                               )
          Defendant.           )

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On June 8, 2009, counsel for Defendant General Motors Corporation (hereafter GM) filed its Notice of Bankruptcy (d/e 41). Consistent with Local Rule 16.1(D)(2), on June 18, 2009, U.S. District Judge Jeanne E. Scott entered a Text Order staying this case with respect to Defendant GM and ordering Plaintiffs to show cause by December 18, 2009, why the Court should not dismiss the claims against GM.

The case moved forward against Defendant Blue Bird Body Company, and on November 30, 2009, U.S. District Judge Jeanne E. Scott entered an Order (d/e 67) dismissing Plaintiffs' causes of action against

Defendant Blue Bird Body Company, leaving General Motors Corporation as the sole Defendant.

On December 9, 2009, Plaintiffs filed a Motion for Order to Show Cause Why the Claims Against General Motors Corporation Should Not Be Dismissed (d/e 69). That motion was allowed and the Court, by Text Order dated December 11, 2012, extended the stay as to Defendant GM until June 11, 2010. Similar additional motions were filed by Plaintiffs (d/es 71, 73, 75, 78, 80) and allowed with the last extension of the bankruptcy stay set at November 1, 2012. Plaintiffs did not respond by November 1, 2012, and by Text Order dated November 5, 2012, the undersigned granted the Plaintiffs one final extension to November 15, 2012 to file a status report showing cause why the case should remain open. That Text Order stated clearly that the case would, in all likelihood, be dismissed because of the pending GM bankruptcy.

Plaintiffs have failed to comply with the recent orders of this Court and Local Rule 16.1(D). No status report or motion has been filed. Good cause to keep this case open has not recently been shown by Plaintiffs. The Court has no option, but to recommend this matter be dismissed with prejudice due to the history of this case, Local Rule 16.1(D), and the inaction of the parties.

Any objections to this Report and Recommendation must be filed in writing with the Clerk of the Court within 14 days after service of a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1).  Failure to timely object will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See also Local Rule 72.2.

ENTERED:  November 21, 2012

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE