IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| BRENT NOBBE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 09-3147 |
| | ) |
| GENERAL MOTORS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

SUE E. MYERSCOUGH, U.S. District Judge.

A Report and Recommendation was entered by U.S. Magistrate Judge Byron G. Cudmore in the above cause on November 21, 2012.  See d/e 82.  More than fourteen (14) days have passed since entry of the Report and Recommendation and there have been no objections.  See 28 U.S.C. § 636(b)(1).  Thus, the Court accepts the Report and Recommendation.  See Video Views, Inc.  v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1)  The Report and Recommendation (d/e 82) is ACCEPTED by this Court;

(2)  This case is DISMISSED with prejudice due to the history of the case, Local Rule 16.1(D), and inaction of the Parties.

ENTER: December 13, 2012

FOR THE COURT:            s/ Sue E. Myerscough
                               SUE E. MYERSCOUGH
                         UNITED STATES DISTRICT JUDGE